# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSIR IMPORT EXPORT CO., INC., a California corporation, and KCI NEWPORT, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LORILLARD LICENSING COMPANY, LLC, a North Carolina LLC,<br><br>Defendant. | CASE NO. 2:14-cv-03373-CAS (SSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE** 41(a)(1)(A)(i) |

THE COURT, having read and considered the Plaintiffs' Notice of Dismissal with prejudice, and good cause appearing therefor, ORDERS AS FOLLOWS:

This action, in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)is hereby **dismissed with prejudice, each party to bear its own costs.**

*[Signature: Christina A. Snyder]*

Dated: September 18, 2014

UNITED STATES DISTRICT COURT JUDGE

19488965v1                             1